**E-FILED**
Thursday, 23 April, 2015  05:33:56 PM
Clerk, U.S. District Court, ILCD

## IN THE DISTRICT COURT OF ILLINOIS

### SPRINGFIELD, IL.

CASE NO.:_____-_____

 COVER PAGE:

FILED

APR 23 2015

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### NAMES OF ATTORNEY(S): PRO-SE

**Firm's name & Address: 7 Woodlyn Valley Drive,**

   **Springfield, IL. 62702**

**Plaintiff: Micheal W. Gragg & Tracey M. Gragg**

   **Phone #'s: (217)220-3979, (217)836-7902.**

   **Fax Number: (217)572-1401**

**Email's:**          gragg5@hotmail.com

          mgragg@email.itt-tech.edu

          Traceygragg9974@gmail.com

          Tgragg74@aol.com

   **Gofundme.com/MichealG66**

   **United States District Court of Illinois,**

|  |  |
|---|---|
| **Plaintiff name(s).:** | ) |
| **Micheal W. Gragg & Tracey M. Gragg** | ) |
| **Plaintiff,** | ) Case No.: 15-3121 |
| **VS-** | ) |
| **Robert Morris University** | ) **Title of Pleading:** |

**Defendant's name(s),**

Robert morris
university

)   **Section 504 of the ADA &**

)   **Rehabilitation Act/**

)   **Disability/ Retaliation.**

_**Dated this**_ 23 _**day of April, 2015**_

**Firm's name and address:**

Micheal & Tracey
Gragg, 7 woodllyn valley Dr, Sprld, IL. 62702

**Names of Attorney's: Pro-Se.**

**Dated this** 23 **day of April, 2015**

**Signed & Sworn to me:**

**Notary Public Seal:**

> OFFICIAL SEAL
> **RIANNE HAWKINS**
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES  6-8-2016

**Notary Public Signature.**

## V.  PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1.  Compensatory Damages in the amount of $ 160,000 ___ to
    compensate for *(check all that apply)*:

    - ☐  bodily harm
    - ☒  emotional harm
    - ☒  pain and suffering
    - ☒  loss of income
    - ☒  loss of enjoyment of life
    - ☐  property damage

2.  Punitive Damages:        ☒ Yes        ☐ No

3.  Such injunctive, declaratory, or other relief as may be appropriate,
    including attorney's fees and reasonable expenses as authorized by 42
    U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance
with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes
that failure to comply with Rule 11 may result in sanctions.

Date:_____

Signature of Plaintiff:_____

Plaintiff's Name *(print clearly or type)*: Micheal W. Gragg / Tracey M. Gragg

Mailing Address: 1 Woodlyn Valley Drive

City: Springfield                    State: Illinois   Zip: 62702

Plaintiff's Telephone Number:  (217) 220-3979

7

4.  Plaintiff further alleges as follows:  *Describe what happened that you believe supports your claims.  To the extent possible, be specific as to your own actions and the actions of each defendant.*

See typed petition

5.  Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6.  As a result of Defendant's conduct, plaintiff was injured as follows:

emotionally, financially, & enjoyment in life

7.  Plaintiff asks that this case be tried by a jury.  ☐ Yes  ☒ No

6

IN THE DISTRICT COURT OF ILLINOIS


CENTRAL DISTRICT OF ILLINOIS

CASE NO.:_____-_____

Complaint:

   Count I: Reasonable Accommodations: Robert Morris University accepted Micheal Gragg
the plaintiff & Co/Plaintiff: Tracey Gragg to Robert Morris University Tracey was accepted in
the first week of Sept. Micheal was accepted in December we were told by the registrar that we
could not attend till the next semester which we agreed the registrar said that Micheal will have
to get transcripts from his high school & pass college which was LLCC & ITT Tech also I,
Tracey Gragg co/Plaintiff was also instructed that I needed my high school academic records
plus any college or trade school which I & Micheal furnished them then December 15, Robert
Morris University gave us a form to be filled out by our physician explaining about our disability
and what type of resources would assist us to complete our degree which we had our physician to
complete & return we sent it to the Springfield office of Robert Morris University & they
returned & forwarded it to the headquarters in Chicago which we talked to a person who
supposed to be in charge of reasonable accommodations but she had no knowledge of how to
assist a visually impaired or a person with a learning disability she wanted to ask us what type of
equipment Micheal uses & when he told her in depth what he needed they refused to hire him a
qualified note taker & tutor & by him the equipment to assist him in his studies like a brailler,
jaws to make computer speak, & when Tracey spoke to them she was told that Robert Morris
does not make a habit of attaining qualified note takers & tutors that could deal with her learning
disability although, she went to ITT Tech & passed the 1st quarter with no problem Robert
Morris college said they needed to speak to ITT Tech to see the reasonable accommodations put
in place then February 20,2015 we had a call instructing us to call the headquarters & talk to
Nicole Farrinala the vice president of the Chicago headquarters of Robert Morris University she
instructed us that they were rescinding there offer of acceptance Micheal asked for a letter stating
why they was rescinding there offer the reception & the refused only saying per their
conversation with ITT Technical Institute. Under the reasonable accommodations we have to
prove that indeed it was a discriminatory act plus also prove that the University is receiving
federal funding which they are & we have proof plus now they are billing us stating that since we
refused to go there that we owe them 250 which is un feasible since they are the ones who
rescinded their acceptance offer.


   Count II: Retaliation: Sending us bills after bills saying they accepted us when they called &
rescinded their acceptance, 2nd they put our student loans in default. 42U.S.C. 11431-11434.

42 U.S.C. 11431 (1)

42 U.S.C. 11432(g)(1)(F).

42 U.S.C. 11433(a)(1).

42 U.S.C. 11432(g)(3). The McKinney Act is a valuable, & often the only, legal tool for attorneys advocating for homeless/disabled students. Which we also qualify for because we only receive Supplemental Security Income to pay bills, plus we also qualify because we are poverty levels so again this qualifies. Section 504 can be an attractive cause of action for advocates due to the array of remedies it offers. These remedies include declaratory judgments, injunctions (including preliminary & temporary restraining orders), costs & attorney's fees to maintain a cause of action under Section 504, an individual must prove the following 4 elements:

1. Defendants must receive federal financial assistance which Robert Morris University does,
2. Plaintiff's are disabled as defined by Section 504;
3. Plaintiff's are excluded from participating in, denied the benefits of, or subjected to discrimination in school solely due to their disabilities Which we qualify for all of these since Robert Morris University receives financial assistance namely: Pell Grant, Scholarships, Student loans & GI Bill. Both myself & my wife are disabled namely I have Stage 3 kidney failure am blind and my wife has cognitive disorder, ADHD, Bi-Polar, & PTSD. Therefore, we ask for 300,000 & monetary damages due to the fact that retaliation, mental cruelty, & violation of Section 504 & I also petition the court to allow us to return to Robert Morris University with the specific accommodations I have asked for.

Dated this: 21st day of April, 2015 @ 13:13 or 3:13 PM. Central Time.

Signature of plaintiff's: _Micheal Gragg Tracey Gragg_

Micheal W. Gragg & Tracey M. Gragg.

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about 12-11-2014 (month,day,year), at approximately 1

☐ a.m. ☑ p.m., plaintiff was present in the municipality (or unincorporated area of) Springfield, Illinois 62704 in the County of Sangamon , in the State of Illinois, at 3101 Montvale Drive, Springfield, IL, 62704

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

☐ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☐ failed to provide plaintiff with necessary medical care;

☒ conspired together to violate one or more of plaintiff's civil rights;

☑ other *(please explain)*: Discriminated & Retaliated by accepting ~~~~ michael & I then after speaking To IIT we currently have lawsuit again ~~rescinding~~ their acceptance & denying admittance then sued us for books they sent us when

2. Plaintiff was charged with one or more crimes, specifically We were to be stud. Retaliation, Discrimination, frivolous lawsuit

_____

3. The criminal proceedings *(check the box that applies)*:

☒ are still pending.
☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐ resulted in a finding of guilty on one or more of the charges.
☐ other:_____

_____

_____

5

**III. PREVIOUS LAWSUITS**

A.      Have you begun any other lawsuits in federal court? Yes
☑                           ☐No

B.      If your answer to "A" is YES, describe the lawsuit in the space below.  *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

1.      Parties to previous lawsuits:

Plaintiff(s): micheal w. Gragg

- VS -

Defendant(s):
ITT Technical Institute

2.      Date of Filing:

3.      Case Number: 14-3315

4.      Jurisdiction/Court: Central Illinois District Court

5.      Name of Judge: Judge Sue Myerscoff.

6.      Issues Raised: Section 504 of the ADA & Rehabilitation Act; Retaliation & Discrimination

7.      Disposition of Case (for example:   Was the case dismissed?   Was it appealed?   Is it still pending?): ITS Still pending

8.      Date of Final Disposition: present

4

# UNITED STATES DISTRICT COURT

### for the Central District of Illinois

Micheal W. Gragg/Tracey M. )
Gragg )
       Plaintiff, )
     v. )     Case No.
     )
Robert Morris University )
       Defendant(s). )

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I.   JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

### II.   PARTIES

**Plaintiff:** Micheal & Tracey Gragg

A.   Plaintiff, a citizen of __Illinois__ (state), who resides at __7 woodlyn valley Dr, Spfld, IL. 62702__, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.   Defendant __Robert Morris university__ is employed as a
          (a) (Name of First Defendant)
__College/university/Institution__
          (b) (Position/Title)
with __401 S. State St, Chicago, IL. 60605__.
          (c) (Employer's Name and Address)

1

*Check one of the following:*

☒This defendant **personally participated** in causing my injury, and I want **money damages**.  Briefly describe how this defendant participated:

Emotionally by accepting me & my husbands acceptance then after speaking to IA Technical Institute rescinding their acceptance causing my bi-polar to act up.

☑The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: Section 504 of the ADA Robert Morris university receives federal funding namely Pell Grant, Student Loans & GI Bill & They accepted me & my husband then discriminated by getting our financial aid then rescinding their acceptance offer.

**Defendant #2:**

C.     Defendant Robert Morris university is employed as a
       _____(a) (Name of Second Defendant)_____
       University College/Institution_____
       _____(b) (Position/Title)_____
with 401 S. State St, Chicago, IL, 60605_____.
       _____(c) (Employer's Name and Address)_____

*Check one of the following:*

☒This defendant **personally participated** in causing my injury, and I want **money damages**.  Briefly describe how this defendant participated:

Discrimination harmed us Mentally & physically.

☑The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

Discrimination

2

**Defendant #3:**

D.    Defendant _____ is employed as a

(a) (Name of Third Defendant)

_____

(b) (Position/Title)

with _____ .

(c) (Employer's Name and Address)

*Check one of the following:*

☑This defendant **personally participated** in causing my injury, and I want **money damages**.  Briefly describe how this defendant participated:

Discrimination loss of sleep, worrying about money Pell Grants closing my loans on me have no money to pay them owe them 40,000 for ITTE now owe them & an extra 26,000 for Robert morris only get disability don't have enough to pay bills cant Find Job, lots breaking down.

☒The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

See up above

**Additional Defendant(s) (if any):**

E.    Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

N/A



Tracey Gragg <traceygragg9974@gmail.com>

## Attending RMU *(federal courthouse)*

5 messages

**Elizabeth L. Dinardo**                                    Thu, Dec 11, 2014 at 2:25
<edinardo@robertmorris.edu>                                                    PM
To: Tracey Gragg <traceygragg9974@gmail.com>

Hello Tracey and Michael,

Great news!! You both have been accepted to start classes at RMU.
Our financial aid office needs each of you to complete a statement of
support so that we can get your financial aid plan processed.  Also,
special accommodation paperwork takes a couple of weeks to go
through the process once you turn it back in to me, so please get
those in to me as soon as possible.  If you both are requesting
accommodations, please complete two separate packets.

Congratulations!! Let me know if you have any questions.

--

Collegiately Yours,

Liz Dinardo, MSCE
Robert Morris University-Illinois
3101 Montvale Dr
Springfield IL 62704
Cell: 217-836-8724
Fax: 217-793-4176


http://www.robertmorris.edu/masters/

Exhibit 1

**Elizabeth L. Dinardo**
<edinardo@robertmorris.edu>
To: Tracey Gragg <traceygragg9974@gmail.com>

Wed, Jan 7, 2015 at 5:12 PM

Here they are!  Just click on the underlined hyperlinks and it will take you to both documents. I also want to confirm that you will be here on 1/21 at 6 pm to register for classes.

Cheers!
Liz
---------- Forwarded message ----------
From: **Elizabeth L. Dinardo** <edinardo@robertmorris.edu>
Date: Thu, Dec 11, 2014 at 4:25 PM
Subject: Attending RMU
To: Tracey Gragg <traceygragg9974@gmail.com>


Hello Tracey and Michael,

Great news!! You both have been accepted to start classes at RMU. Our financial aid office needs each of you to complete a statement of support so that we can get your financial aid plan processed.  Also, special accommodation paperwork takes a couple of weeks to go through the process once you turn it back in to me, so please get those in to me as soon as possible.  If you both are requesting accommodations, please complete two separate packets.

Congratulations!! Let me know if you have any questions.


--

Collegiately Yours,

Liz Dinardo, MSCE
Robert Morris University-Illinois
3101 Montvale Dr
Springfield IL 62704

Exhibit 2

Cell: 217-836-8724
Fax: 217-793-4176


http://www.robertmorris.edu/masters/


*Exhibit 3*

--

Collegiately Yours,

Liz Dinardo, MSCE
Robert Morris University-Illinois
3101 Montvale Dr
Springfield IL 62704
Cell: 217-836-8724
Fax: 217-793-4176


http://www.robertmorris.edu/masters/


**Elizabeth L. Dinardo**                    Tue, Jan 20, 2015 at 2:29
<edinardo@robertmorris.edu>                              PM
To: Tracey Gragg <traceygragg9974@gmail.com>

Hello Tracey,

I am sorry I missed you guys today.   Amanda said you dropped off
the financial aid paperwork as well as Michael's special
accommodations forms.  I will get those processed first thing
tomorrow.

Here is a copy for you to complete as well:   special accommodation
paperwork

You both need to register for classes tomorrow.  It begins at 6pm.  If
you prefer to come during the day, then I can get you in at 2pm.
Please let me know which is better for you.


Liz

---------- Forwarded message ----------
From: **Elizabeth L. Dinardo** <edinardo@robertmorris.edu>
Date: Wed, Jan 7, 2015 at 7:12 PM
Subject: Fwd: Attending RMU
To: Tracey Gragg <traceygragg9974@gmail.com>

Exhibit 4

Here they are!  Just click on the underlined hyperlinks and it will take
you to both documents. I also want to confirm that you will be here
on 1/21 at 6 pm to register for classes.


Cheers!
Liz


---------- Forwarded message ----------
From: **Elizabeth L. Dinardo** <edinardo@robertmorris.edu>
Date: Thu, Dec 11, 2014 at 4:25 PM
Subject: Attending RMU
To: Tracey Gragg <traceygragg9974@gmail.com>


Hello Tracey and Michael,

Great news!! You both have been accepted to start classes at RMU.
Our financial aid office needs each of you to complete a statement of
support so that we can get your financial aid plan processed.  Also,
special accommodation paperwork takes a couple of weeks to go

through the process once you turn it back in to me, so please get those in to me as soon as possible.  If you both are requesting accommodations, please complete two separate packets.

Congratulations!! Let me know if you have any questions.

--

*Exhibit 5.*

**Tracey Gragg**                                          Tue, Jan 20, 2015 at 5:56
<traceygragg9974@gmail.com>                                                PM
Reply-To: traceygragg@rocketmail.com
To: "Elizabeth L. Dinardo" <edinardo@robertmorris.edu>

Sorry it took so long for me to respond to you I just now received your email & are printing the forms off now & 6 PM is fine tomorrow so it's so late thanks sincerely yours, Tracey Gragg.

Tracey Gragg

On Tue, Jan 20, 2015 at 4:29 PM, Elizabeth L. Dinardo <edinardo@robertmorris.edu> wrote:
  Hello Tracey,

  I am sorry I missed you guys today.   Amanda said you dropped off the financial aid paperwork as well as Michael's special accommodations forms.  I will get those processed first thing tomorrow.

  Here is a copy for you to complete as well:   special accommodation paperwork

You both need to register for classes tomorrow.  It begins at 6pm.
If you prefer to come during the day, then I can get you in at 2pm.
Please let me know which is better for you.

Liz

---------- Forwarded message ----------
From: **Elizabeth L. Dinardo** <edinardo@robertmorris.edu>
Date: Wed, Jan 7, 2015 at 7:12 PM
Subject: Fwd: Attending RMU
To: Tracey Gragg <traceygragg9974@gmail.com>


Here they are!  Just click on the underlined hyperlinks and it will
take you to both documents. I also want to confirm that you will be
here on 1/21 at 6 pm to register for classes.

Cheers!
Liz

---------- Forwarded message ----------
From: **Elizabeth L. Dinardo** <edinardo@robertmorris.edu>
Date: Thu, Dec 11, 2014 at 4:25 PM
Subject: Attending RMU
To: Tracey Gragg <traceygragg9974@gmail.com>


Hello Tracey and Michael,

Great news!! You both have been accepted to start classes at
RMU.  Our financial aid office needs each of you to complete a
statement of support so that we can get your financial aid plan
processed.  Also, special accommodation paperwork takes a
couple of weeks to go through the process once you turn it back in
to me, so please get those in to me as soon as possible.  If you
both are requesting accommodations, please complete two

separate packets.

Congratulations!! Let me know if you have any questions.

--

*exhibit 7*

**Tracey Gragg**                                    Fri, Feb 20, 2015 at 1:33
<traceygragg9974@gmail.com>                                              PM
Reply-To: traceygragg@rocketmail.com
To: Tracey Gragg <traceygragg@rocketmail.com>

Liz I just got the nasty email about how we are now not allowed to
attend Robert Morris from Nicole the vice president of enrollment & I
contacted an attorney & you will be served you are added on the
suit. This is clearly a violation of mine & Micheal's civil rights you
guys are a joke.

Tracey Gragg

On Tue, Jan 20, 2015 at 7:56 PM, Tracey Gragg
<traceygragg9974@gmail.com> wrote:
> Sorry it took so long for me to respond to you I just now received
> your email & are printing the forms off now & 6 PM is fine
> tomorrow so it's so late thanks sincerely yours, Tracey Gragg.

Tracey Gragg

On Tue, Jan 20, 2015 at 4:29 PM, Elizabeth L. Dinardo
<edinardo@robertmorris.edu> wrote:

Hello Tracey,

I am sorry I missed you guys today.   Amanda said you dropped off the financial aid paperwork as well as Michael's special accommodations forms.  I will get those processed first thing tomorrow.

Here is a copy for you to complete as well:   special accommodation paperwork

You both need to register for classes tomorrow.  It begins at 6pm.  If you prefer to come during the day, then I can get you in at 2pm.  Please let me know which is better for you.

Liz

Exhibit 8

---------- Forwarded message ----------
From: **Elizabeth L. Dinardo** <edinardo@robertmorris.edu>
Date: Wed, Jan 7, 2015 at 7:12 PM
Subject: Fwd: Attending RMU
To: Tracey Gragg <traceygragg9974@gmail.com>


Here they are!  Just click on the underlined hyperlinks and it will take you to both documents. I also want to confirm that you will be here on 1/21 at 6 pm to register for classes.

Cheers!
Liz

---------- Forwarded message ----------
From: **Elizabeth L. Dinardo** <edinardo@robertmorris.edu>
Date: Thu, Dec 11, 2014 at 4:25 PM
Subject: Attending RMU
To: Tracey Gragg <traceygragg9974@gmail.com>

Hello Tracey and Michael,

Exhibit 9

Great news!! You both have been accepted to start classes at RMU.  Our financial aid office needs each of you to complete a statement of support so that we can get your financial aid plan processed.  Also, special accommodation paperwork takes a couple of weeks to go through the process once you turn it back in to me, so please get those in to me as soon as possible.  If you both are requesting accommodations, please complete two separate packets.

Congratulations!! Let me know if you have any questions.

--



**Tracey Gragg <traceygragg9974@gmail.com>**

# Your RMU Application is Missing Information
1 message

**Office of Admissions** <enroll@robertmorris.edu>    Fri, Dec 5, 2014 at 9:44 AM
Reply-To: enroll@robertmorris.edu
To: traceygragg9974@gmail.com



Dear Tracey,

*exhibit 10*

Thank you for applying to Robert Morris University! The University still needs one or more of the documents listed below. Please provide us with the documents marked with an 'X' in the status column.

| Status | Document | Description |
|---|---|---|
|  | High School Transcripts | To review your file for an admissions decision, please send us your highschool transcript. Your official highschool transcript with an official graduation date must be on file prior to enrolling. |
| X | College Transcripts | To ensure that all college credits are evaluated, an official copy of your college transcripts must be on file prior to enrollment. |
|  | Financial Aid | To maximize the benefits of the financial aid, please submit a Free Application for Federal Student Aid (FAFSA). To expedite this process, you may complete a FAFSA by visiting www.fafsa.ed.gov. RMU's school code is 001746. Please disregard this request if you have already submitted the FAFSA online or by mail. |
|  | ACT score | Please request a copy of your ACT score by visiting www.actstudent.org. Students applying to the Robert Morris University Nursing or Surgical Technology Program must have an ACT score on file. |
|  | Program Deposit | A program deposit of $200 is needed to secure your seat in the Nursing or Surgical Technology Programs once you have been accepted. |

To check your status throughout the admissions process, please visit your personalized MyRMU portal.

To access MyRMU, click the        To download the RMU App, click the

        OR        

MyRMU        RMU App

on the RMU homepage to access your information.

label:itt-tech--school-folder-

**Gmail**

Remove label     More

COMPOSE

**Inbox (27)**
Starred
Important
Sent Mail
**Drafts (36)**

**Categories**

**Circles**

[Gmail]Trash
96 Toyota Celica…
Bill folder
Coupon Folder
Digital Talking St…
**Election Article(…**
Election folders
**gragg5@hotmai…**
**ITT Tech (Scho…**
——————————

# Attending RMU     ITT Tech (School folder)   x

**Elizabeth L. Dinardo** <edinardo@robert    12/
to me

Hello Tracey and Michael,

Great news!! You both have been accepted to st
RMU.  Our financial aid office needs each of you
statement of support so that we can get your fina
processed.  Also, special accommodation papen
couple of weeks to go through the process once
back in to me, so please get those in to me as so
possible.  If you both are requesting accommoda
complete two separate packets.

Congratulations!! Let me know if you have any q

🗺 **Google Maps** - Maps from this email

📍 **3101 Montvale Dr. Springfield, IL 62704**


**Tracey Gragg <traceygragg9974@gmail.com>**

## admissions status

1 message

*exhibit 1!!!!!!*

**Elizabeth L. Dinardo**
<edinardo@robertmorris.edu>
To: Tracey Gragg <traceygragg9974@gmail.com>

Mon, Oct 20, 2014 at 2:58
PM

Hello Michael & Tracey!

Sorry I missed you when you returned with the ITT transcript.  Do you know when you may be able to drop off the Lincoln Land transcript?

--

Collegiately Yours,

Liz Dinardo, MSCE
Robert Morris University-Illinois
3101 Montvale Dr
Springfield IL 62704
Cell: 217-836-8724
Fax: 217-793-4176


http://www.robertmorris.edu/unsubscribe/

 **Tracey Gragg <traceygragg9974@gmail.com>**

## Acceptance Information
1 message

Exhibit 12

**Office of the Registrar**
<studentrecords@robertmorris.edu>
Reply-To: studentrecords@robertmorris.edu
To: traceygragg9974@gmail.com

Wed, Oct 15, 2014 at
11:42 AM



Dear Tracey,

Robert Morris University is pleased to inform you of your official acceptance. Congratulations on taking the first step toward a successful, enriching collegiate experience.

To complete the enrollment process, please visit your personalized MyRMU portal, or download the RMU App to learn the required steps to enroll at Robert Morris University.

To access MyRMU, click the       To download the RMU App, click the

       OR       

MyRMU       RMU App

on the RMU homepage to access your information.

Office of the Registrar

 **Gmail**    Tracey Gragg <traceygragg9974@gmail.com>

## RMU evening grant
5 messages

**Elizabeth L. Dinardo**                                   Thu, Sep 11, 2014 at
<edinardo@robertmorris.edu>                               11:29 AM
To: traceygragg9974@gmail.com

Hello Tracey and Michael

I have not be able to reach you by phone.  I want to follow up about
an email you should have received offering you a community grant to
attend our Paralegal program this fall.   It is so wonderful that you will
only pay $5000 tuition (plus books) per academic year!!!  That is a
$18,000 savings PER academic year.

I look forward to hearing from you.

--

Collegiately Yours,

Liz Dinardo, MSCE
Robert Morris University-Illinois
3101 Montvale Dr
Springfield IL 62704
Cell: 217-836-8724
Fax: 217-793-4176


http://www.robertmorris.edu/unsubscribe/


**Tracey Gragg**                                   Thu, Sep 11, 2014 at 1:28

[Quoted text hidden]

---

**Tracey Gragg**                                    Tue, Oct 7, 2014 at 10:13
<traceygragg9974@gmail.com>                                              AM
Reply-To: traceygragg@rocketmail.com
To: "Elizabeth L. Dinardo" <edinardo@robertmorris.edu>

Here is the email I got last night. I will go to Auburn & get another
one & turn it into you either today or tomorrow. Thanks Tracey.
Tracey Gragg
[Quoted text hidden]

label:itt-tech--school-folder-

**Gmail**

Remove label                                                                          **More**

~~COMPOSE~~

**Inbox (27)**
Starred
Important
Sent Mail
**Drafts (36)**
**Categories**
**Circles**
[Gmail]Trash
96 Toyota Celica…
Bill folder
Coupon Folder
Digital Talking St…
**Election Article(**…
Election folders
**gragg5@hotmai**…
**ITT Tech (Scho**…

# Thank you for your application to RML

ITT Tech (School folder)    x

**Robert Morris University** <admissions@econt<br>
to me

Categorize this message as:    **Updates**



label:itt-tech--school-folder-

| Gmail | Remove label | More |
|-------|--------------|------|

COMPOSE

**Inbox (27)**
Starred
Important
Sent Mail
**Drafts (36)**
**Categories**
**Circles**
[Gmail]Trash
96 Toyota Celica…
Bill folder
Coupon Folder
Digital Talking St…
**Election Article(**…
Election folders
**gragg5@hotmai**…
**ITT Tech (Scho**…

**WE'VE RECEIVED YOUR**
**APPLICATION FOR ADMISSION.**
**NEXT STEPS** INCLUDE:

_____ V
_____ S
_____ C
_____ S
_____ A
_____ R

Please contact your admissions counselor if you

**ROBERT MORRIS UNIVER**
**ILLINOIS**

**RMU** DOWNLOAD
RMU'S APP!

facebook.com
800.762.5960 • rob

enroll@robertmorris.edu | 800.762.5960 | www

You have received this email because you previous
learning

label:itt-tech--school-folder-

**Gmail**                              Remove label                              More

COMPOSE

to me

**Inbox (27)**

Starred                    Categorize this message as:        Updates        Never sl

Important

Sent Mail                  Dear Tracey,

**Drafts (36)**

**Categories**

**Circles**                I understand that you have many options to cons
                           making your college decision. It is my wish that y
[Gmail]Trash               were fully answered and that your visit to RMU w
96 Toyota Celica…          experience. You are encouraged and welcomed
Bill folder                link below to share your feedback. I look forward
                           your responses.
Coupon Folder
Digital Talking St…
**Election Article(…**     Thank you,
Election folders           Nicole Farinella
gragg5@hotmai…             Sr. Vice President for Enrollment
**ITT Tech (Scho…**
                           Counselor Visit Follow up Survey