# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| MICHEAL W. GRAGG and TRACEY M. GRAGG, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ROBERT MORRIS UNIVERSITY, )<br><br>Defendant. ) | No. 15-3121 |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge.**

The parties have filed a Joint Stipulation Requesting Dismissal (d/e 24). The parties request that the Court dismiss the complaint with prejudice and retain jurisdiction for the purposes of enforcing the terms of the parties' Settlement Agreement and General and Specific Release.

The Court advises the parties that, while the Court intends to retain jurisdiction for the purposes of enforcing the Settlement Agreement and General and Specific Release, the Court's ability to do so and also dismiss the case with prejudice appears to be

limited by Seventh Circuit precedent.  See <u>Depuy v McEwen</u>, 495 F.3d 807, 809 (7th Cir. 2007) (noting that "when a suit is dismissed with prejudice, it is gone, and the district court cannot adjudicate disputes arising out of the settlement that led to the dismissal merely by stating that it is retaining jurisdiction"). Nonetheless, the Court understands that the parties wish the Court to retain jurisdiction, and the Court will attempt to do so by this order.

**IT IS HEREBY ORDERED:**

1.  The parties shall comply with the terms of their Settlement Agreement and General and Specific Release, which are specifically incorporated herein by reference (d/e 24-4).

2.  By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement and General and Specific Release.

3.  Except as necessary to enforce the terms of this Order, which specifically incorporates the terms of the Settlement Agreement and General and Specific Release, the case is hereby dismissed with prejudice.  Each party to bears his, her, or its own attorney's fees and costs.

4. The Clerk of the Court is DIRECTED to seal the attachments to the Joint Stipulation Requesting Dismissal (24-1 through 24-4).

ENTER: October 15, 2015

FOR THE COURT:

                    s/Sue E. Myerscough
                SUE E. MYERSCOUGH
                UNITED STATES DISTRICT JUDGE